UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEI,                                              :

                Plaintiff,         :     **ORDER**

       - against -                            :     07 Civ. 8189 (LAK)(FM)

CHERTOFF, et al.,                             :

                Defendant.       :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby ORDERED that a further telephone conference shall be held on January 16, 2008, at 9:30 a.m. Defendant's counsel shall initiate the conference by calling Chambers at the above number.

      SO ORDERED.

Dated:    New York, New York
             November 16, 2007

                                          FRANK MAAS
                              United States Magistrate Judge

Copies to:

Hon. Lewis A. Kaplan
United States District Judge

Gen Pei
1301 Williamsburg Drive
Mahopac, N.Y. 10541

Serrin A. Turner, Esq.
Assistant United States Attorney
Fax: (212) 637-2686