*KAPLAN, J*

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2701
Fax: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEN PEI,

        Plaintiff,

    v.

MICHAEL CHERTOFF, SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND SECURITY,
EMILIO T. GONZALES, DIRECTOR OF THE U.S.
CITIZENSHIP AND IMMIGRATION SERVICES,
GERARD HEINAUER, DIRECTOR OF THE
NEBRASKA SERVICE CENTER OF THE U.S.
CITIZENSHIP AND IMMIGRATION SERVICES,
PETER D. KEISLER, ACTING ATTORNEY
GENERAL OF THE UNITED STATES,[1] and
ROBERT S. MUELLER, DIRECTOR OF THE
FEDERAL BUREAU OF INVESTIGATION,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 8189 (LAK) (FM)

ECF CASE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

RECEIVED JAN 15 2008 JUDGE KAPLAN'S CHAMBERS

### STIPULATION AND ORDER OF WITHDRAWAL

IT IS STIPULATED AND AGREED, by and between the undersigned counsel

for the parties, that the above-captioned action be, and hereby is, dismissed as moot,

without costs or attorney's fees to any party.

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Attorney General Peter D. Keisler is automatically substituted for former Attorney General Alberto Gonzales.

Dated: January 11, 2008  
       New York, New York

Gen Pei, *pro se*  
1301 Williamsburg Drive  
Mahopac, New York 10541  
Tel: (408) 636-3917

Dated: January 16, 2008  
       New York, New York

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendants

By: SERRIN TURNER  
Assistant United States Attorney  
86 Chambers Street  
New York, New York 10007  
Tel.: (212) 637-2701  
Fax: (212) 637-2686

SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE

1/15/08

2