

U.S. Department of Justice  **MEMO ENDORSED**

United States Attorney
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

January 15, 2008

BY HAND
The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

    Re:   *Pei v. Chertoff*, 07 Civ. 8189 (LAK) (FM)

Dear Judge Maas:

    I represent the defendant in the above referenced *pro se* lawsuit, brought by plaintiff to compel action on her application to adjust immigration status. A status conference is scheduled in the case for this Wednesday, January 16, 2008.

    Since the previous status conference, the plaintiff's application for adjustment of status has been granted by U.S. Citizenship and Immigration Services, thus mooting out the case. Accordingly, the parties have executed a voluntary stipulation of dismissal. I have enclosed a courtesy copy of the stipulation, and respectfully request that it be so-ordered by the Court. In light of the stipulation, I also respectfully request that the status conference scheduled for this Wednesday be cancelled.

    I thank the Court for its consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorney
Tel. No.: (212) 637-2701

So ordered,
Maas, USMJ
1/16/08

Encl.
cc:   Gen Pei, *pro se*